# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| YOUNG YIL JO, No. 01183-112, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL NO. 12-cv-1007-GPM |
| SIX UNKNOWN NAMES AGENTS [sic], or MR. PRESIDENT of the UNITED STATES BARACK OBAMA, | ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On January 2, 2013, the undersigned Judge entered an order prohibiting Plaintiff from filing any future action in this Court until such time as he has paid the $350 filing fee for this action in full (Doc. 4).[1] The Clerk was directed to return unfiled any papers submitted by Plaintiff. Further, Plaintiff was ordered to include a copy of the filing ban order at Doc. 4 along with any papers he might submit to the Court while this filing restriction is in place.

Since the entry of the filing ban order, Plaintiff submitted two new civil rights complaints in August 2013. Both documents were returned to him by the Clerk, who also sent him another copy of the filing ban order.

On November 21, 2013, the Clerk received yet another new complaint from Plaintiff. In

---

[1] Exempt from this filing restriction are: a notice of appeal in this case (which shall result in the imposition of an additional $455 filing fee); a petition for a writ of habeas corpus; and any papers sought to be filed by Jo in a civil or criminal case in which he is a party defendant. *See Support Sys. Int'l, Inc. v. Mack,* 45 F.3d 185 (7th Cir. 1995); *Newlin v. Helman,* 123 F.3d 429, 436-37 (7th Cir. 1997). Plaintiff was instructed that he may apply for modification or recission of the order at Doc. 4 not sooner than two years from the date of its entry, if his filing fee remains unpaid.

addition to his own complaint, Plaintiff submitted 18 other identical complaints, each one with the handwritten name of a different prisoner as the plaintiff.  None of these complaints is signed by the purported plaintiff.  All 19 documents arrived in the same envelope, bearing Plaintiff Jo's return address at the Etowah County Jail in Gadsden, Alabama.

This is not the first time that Plaintiff Jo has submitted complaints bearing the names of other individuals as plaintiffs.  These documents contain no indication that any of the named prisoner-plaintiffs has authorized Plaintiff Jo to file a lawsuit on his behalf.  Based on Plaintiff Jo's prolific recreational litigation history, these new complaints appear to be yet another attempt on his part to waste the valuable and limited resources of this Court.  This conduct shall not be tolerated.

**IT IS THEREFORE ORDERED** that any and all documents submitted to this Court by Plaintiff Young Yil Jo, BOP Register No. 01183-112, A092-248-783, on behalf of or bearing the name of any other person, shall be returned to Plaintiff Jo unfiled by the Clerk of Court.

The Clerk is **DIRECTED** to file copies of the 19 new complaints, and the envelope, as Exhibits to this Order for informational purposes only, and shall then return the originals to Plaintiff Jo at his updated address.  No new action shall be initiated on any of these complaints.  The Clerk is also **DIRECTED** to mail Plaintiff Jo another copy of the Order at Doc. 4.

Under the terms of this Court's prior order at Doc. 4, Plaintiff Jo may apply for a recission or modification of that order's restrictions on the filing of any new action *in his own name only*, no sooner than January 2, 2015.  Recission or modification of the order may be sought at an earlier date only upon payment in full of all fees due to this Court, which now

addition to his own complaint, Plaintiff submitted 18 other identical complaints, each one with the handwritten name of a different prisoner as the plaintiff.  None of these complaints is signed by the purported plaintiff.  All 19 documents arrived in the same envelope, bearing Plaintiff Jo's return address at the Etowah County Jail in Gadsden, Alabama.

This is not the first time that Plaintiff Jo has submitted complaints bearing the names of other individuals as plaintiffs.  These documents contain no indication that any of the named prisoner-plaintiffs has authorized Plaintiff Jo to file a lawsuit on his behalf.  Based on Plaintiff Jo's prolific recreational litigation history, these new complaints appear to be yet another attempt on his part to waste the valuable and limited resources of this Court.  This conduct shall not be tolerated.

**IT IS THEREFORE ORDERED** that any and all documents submitted to this Court by Plaintiff Young Yil Jo, BOP Register No. 01183-112, A092-248-783, on behalf of or bearing the name of any other person, shall be returned to Plaintiff Jo unfiled by the Clerk of Court.

The Clerk is **DIRECTED** to file copies of the 19 new complaints, and the envelope, as Exhibits to this Order for informational purposes only, and shall then return the originals to Plaintiff Jo at his updated address.  No new action shall be initiated on any of these complaints.  The Clerk is also **DIRECTED** to mail Plaintiff Jo another copy of the Order at Doc. 4.

Under the terms of this Court's prior order at Doc. 4, Plaintiff Jo may apply for a recission or modification of that order's restrictions on the filing of any new action *in his own name only*, no sooner than January 2, 2015.  Recission or modification of the order may be sought at an earlier date only upon payment in full of all fees due to this Court, which now

includes an unpaid $455.00 filing and docketing fee for his unsuccessful appeal of the order at Doc. 4.

**IT IS SO ORDERED.**

**Dated:** November 22, 2013

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge